UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXANDER PAGE,<br><br>               Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY CORRECTIONS, *et al.*,<br><br>               Defendants. | Case No. C08-5257 BHS/KLS<br><br>ORDER TO SHOW CAUSE |

     This matter comes before the Court on Plaintiff's motion for leave to proceed *in forma pauperis*. (Dkt. # 1). To file a complaint and initiate legal proceedings, a plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

     On April 23, 2008, Plaintiff filed a proposed civil rights complaint. (Dkt. # 1). On April 29, 2008, the Court Clerk wrote to Plaintiff advising that he must either pay the $350.00 filing fee or submit an application to proceed *in forma pauperis*. (Dkt. # 2). Plaintiff was given until May 30, 2008 to comply. Plaintiff has neither paid the fee nor submitted an application to proceed *in forma pauperis*.

     In response, Plaintiff submits letters (Dkts. # 3 and 4), regarding his attempts to obtain copies of his trust account statement for submission with his application to proceed *in forma pauperis* and failure of the Pierce County Jail to provide copies and postage.

     Plaintiff was required to submit a statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint. Although 28 U.S.C. § 1915(a)(2)

ORDER
Page - 1

refers to a "certified copy of the trust fund account statement," it also allows a prisoner to submit the "institutional equivalent" thereof.  Plaintiff was recently granted *in forma pauperis* status based on information he provided to the court on April 4, 2008.  (Dkt. #5; *See* Order at Dkt. # 6 in Case No. C08-5215BHS *Page v. Wright*).   The court will consider the information submitted in support of Plaintiff's application in Case No. C08-5215 in this case.  However, Plaintiff is still required to submit and complete an application to proceed *in forma pauperis* in this case and must sign and file a written consent form pursuant to Local Rule CR 3(b)(2).  To aid Plaintiff, the Court Clerk shall send him the appropriate forms.

Accordingly, the Court **ORDERS** the following:

(1) Plaintiff shall provide the court with a completed application to proceed *in forma pauperis* and signed consent form on or before **June 27, 2008.  Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to Plaintiff, along with the appropriate forms.

DATED this   9th   day of June, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2