UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER PAGE,

    Plaintiff,

v.

PIERCE COUNTY CORRECTIONS,

    Defendants.

Case No. C08-5257 BHS/KLS

ORDER DENYING MOTION TO AMEND AND CONSOLIDATE

Before the court is Plaintiff's motion to amend cases (Dkt. # 8) and Plaintiff's proposed amended consolidated complaint, in which Plaintiff requests that the court "consolidate" this action with Case No. C08-5215BHS. For the reasons stated below, the court finds that Plaintiff's motion should be denied and this case should be administratively closed.

## DISCUSSION

On April 23, 2008, Plaintiff filed a proposed civil rights complaint. (Dkt. # 1). On April 29, 2008, Plaintiff was directed to pay the filing fee or submit an *in forma pauperis application*. (Dkt. # 2). On May 8 and 14, 2008, Plaintiff sent letters to the Court clerk regarding his ability to obtain prison trust account information. (Dkts. # 3 and 4). On June 9, 2008, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to submit a completed application to proceed *in forma pauperis* or pay the filing fee. (Dkt. # 6).

Plaintiff has not complied with the court's directive to complete his *informa pauperis* application. Instead, Plaintiff filed a motion to amend cases (Dkt. # 8), and a proposed amended

ORDER
Page - 1

1 consolidated complaint (Dkt. # 9).  In those motions, Plaintiff requests that the court "consolidate"
2 this case with his previously filed case, No. C08-5215BHS.  In that case, the court has granted
3 Plaintiff's *in forma pauperis* application (Dkt. # 6) and has issued an order to amend his proposed
4 "amended consolidated complaint."

5     As Plaintiff will be allowed to amend his proposed complaint to plead his causes of action in
6 one case, there is no need to "consolidate."  In addition, as Plaintiff never paid the filing fee or
7 completed *in forma pauperis* application, there is no ongoing case to "consolidate" with Case No.
8 C08-5215BHS.

9     It is therefore, **ORDERED**:

10     (1)    Plaintiff's motion to amend cases (Dkt. # 8) is **DENIED**; and

11     (2)     The Court Clerk shall administratively close this case.

13     DATED this 30th day of June, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2