# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALEXANDER PAGE

       v.

PIERCE COUNTY CORRECTIONS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5257BHS/KLS

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's motion to amend cases (Dkt. #8) is **DENIED**; and

2. The Court Clerk shall administratively close this case.


  July 1, 2008                                             BRUCE RIFKIN
Date                                                        Clerk


                                                         *s/CM Gonzalez*
                                                         Deputy Clerk